C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-81211 C-13D |
| Linda B. Bivins | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING CONFIRMATION OF PLAN

On November 19, 2009, a hearing was held on Objection by the Standing Trustee to confirmation of the Debtor's proposed plan. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor and, Richard M. Hutson II, Standing Trustee appeared. The Court, after considering the Objection and having heard and considered the statements of the Trustee, finds that the Objection should be sustained; therefore, it is ORDERED:

1. The Trustee's Objection to confirmation of the Debtor's proposed plan is sustained and the proposed plan is not confirmed.

2. The Debtor shall have 30 days from November 19, 2009, within which to amend her proposed plan, or file a new proposed plan, and in the event an amended or new proposed plan is not is timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

**PARTIES IN INTEREST**
**Page 1 of 1**
**09-81211 C-13D**

Linda B. Bivins
106 Murray St.
Hillsborough, NC 27278

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702